FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2015 NOV 18 PM 2: 22

CLERK'S OFFICE
AT BALTIMORE

DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. CCB-91-0217 |
| KARIM FARUQ | : | |

...oOo...

## **MEMORANDUM**

From reviewing the entire record including the documents submitted by Karim Faruq in support of his motion for reduction of sentence filed on October 14, 2014 (ECF No. 350), it appears to the court that the guideline range for the quantity of drugs involved likely affected the substantial length of the sentence imposed in 1993 by Judge Frank A. Kaufman. The sentence of 385 months was 25 months above the low end of the guideline range applicable at both level 38 and level 40. The level 37 range is 324 to 405 months. A reduction to 349 months, which is 25 months above the lower end of the next applicable range would comply with the purposes of the amendment and be consistent with Judge Kaufman's sentencing concerns.

Accordingly, a reduction to 349 months on Counts One and Two, concurrent, will be granted by separate Order. The motion is otherwise **Denied**.

**SO ORDERED** this __18__ day of November, 2015.

_____
Catherine C. Blake
United States District Judge